E-FILED
Friday, 02 September, 2005  01:33:35 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 00-10023-10 |
| ) | |
| JASON PARKER, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On July 11 and August 18, 2005, this court received motions from Defendant Jason Parker in which he requests a copy of his sentencing transcript at Government expense. While the court can authorize the commencement of a suit or other action without prepayment of fees and costs upon receipt of an appropriate application pursuant to 28 U.S.C. § 1915(a), Parker does not currently have a suit pending before the court. Accordingly, this court is unable to grant the relief requested, and his requests for transcripts at government expense [#549 & 553] are DENIED.  The court notes that this does not mean, contrary to the assertions in Parker's first request for transcripts [#549] that Parker and/or others acting on his behalf cannot obtain transcripts directly from the court reporter if prepayment is arranged.  No order from this court is required before the court reporter will release the transcripts.

ENTERED this 2nd day of September, 2005.

_____s/ Michael M. Mihm_____
Michael M. Mihm
United States District Judge